JOHN HYCHKO *v.* THOMAS DIDOMIZIO ET AL.
(11944)

LANDAU, FREEDMAN and SCHALLER, Js.

Argued September 30—decision released October 26, 1993

*F. Herbert Gruendel,* for the appellants (defendants).
*Robert P. Hanahan,* for the appellee (plaintiff).

PER CURIAM. We hold, and the parties agree, that there are material issues of fact yet to be decided and, therefore, summary judgment should not have been rendered.

The judgment is reversed and the case is remanded for further proceedings.